KATHY WILNO, PLAINTIFF-RESPONDENT, v. NEW JERSEY MANUFACTURERS INSURANCE COMPANY, DEFENDANT-APPELLANT.

Argued April 19, 1982—Decided May 13, 1982.

*William F. Hartigan, Jr.* argued the cause for appellant (*McLaughlin & Cooper*, attorneys).

*Benjamin N. Cittadino* argued the cause for respondent (*Pellettieri, Rabstein & Altman*, attorneys).

PER CURIAM.

The judgment of the Appellate Division is reversed, substantially for the reasons expressed in the dissenting opinion of Judge Allcorn, reported at 180 *N.J.Super.* 146, 152 (1981).

PASHMAN, HANDLER and O'HERN, JJ., dissenting:

We would affirm the judgment of the Appellate Division substantially for the reasons expressed in the opinion of the majority of that court, reported at 180 *N.J.Super.* 146 (1981).

*For reversal*—Chief Justice WILENTZ and Justices CLIFFORD, SCHREIBER and POLLOCK—4.

*For affirmance*—Justices PASHMAN, HANDLER and O'HERN—3.